UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:  Julius F. Toenyan,

Chapter 7 Case
Case No. BKY  13-60308

## ORDER FOR RELIEF FROM AUTOMATIC STAY

This case is before the court on the motion of Bank of America, N.A. seeking relief from the automatic stays of 11 U.S.C. §362(a).  Based on the motion and the file,

**IT IS ORDERED**:  The automatic stay of 11 U.S.C. §362(a) is terminated as to Bank of America, N.A.; and Bank of America, N.A. is authorized to foreclose <u>pursuant to Minnesota law</u> the mortgage dated January 2, 2010 filed for record in the office of the county recorder in and for Stearns County, Minnesota, on January 15, 2010 as document number 1307598 covering real property described as:

Land referred to in this commitment is described as all that certain property situated in City of Melrose in the County of Stearns, and State of Minnesota and being described in a deed dated 11/20/2008 and recorded 12/19/2008 as Instrument Number 1274528 among the land records of the County and State set forth above, and referenced as follows:

The following lands and property, together with all improvements located thereon, lying in the County of Stearns, State of Minnesota, to-wit:

Lot Ten (10), in Block Thirty-One (31) in the townsite of Melrose, less the West 50 feet thereof Stearns County, Minnesota

Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: *July 30, 2013*

*/e/ Michael E. Ridgway*
_____
Michael E. Ridgway
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *07/30/2013*
Lori Vosejpka, Clerk, by SS